UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GHADA HAMMOUD,  Case No. 22-10813

    Plaintiff,  F. Kay Behm
v.  United States District Judge

J.J. MARSHALL & ASSOCIATES, INC.,

    Defendant.
_____ /

**ORDER ALLOWING UPLOAD OF MEDIA**
**FILES WITHOUT TRANSCRIPTS**

    Plaintiff submitted media files in support of her response to the motion for summary judgment, apparently via thumb drive. (ECF No. 41). However, the court is unable to locate that submission and now directs Plaintiff to submit those media files via Media File Upload. *See* Electronic Filing Policies and Procedures, Eastern District of Michigan, R19(c). Because of storage limitations, Plaintiff is directed to limit the size of the media file to the minimum necessary to support its position and to not file any media files duplicative of those already filed. The court will not accept any media file that has proprietary security features or codecs requiring additional files, software, applications or plug-ins to successfully view the file. Any files received that cannot be viewed by the court will need to

1

be reformatted and resubmitted.  The submitting party must serve copies of the media files on opposing counsel in accordance with applicable federal and local rules.

Under Rule 19(c), the media file must be accompanied by a transcript.  The court will not require transcripts for these submissions.  **Plaintiff must submit the media files pursuant to this Order by May 30, 2024**.

**SO ORDERED**.

Date: May 29, 2024                             s/F. Kay Behm
                                               F. Kay Behm
                                               United States District Judge