UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GHADA HAMMOUD, | Case No. 22-10813 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| J.J. MARSHALL & ASSOCIATES, INC., | |
| Defendant. | |
| _____ / | |

## JUDGMENT

**IT IS ORDERED** and **ADJUDGED** that pursuant to this Court's Opinion and Order Granting Motion for Summary Judgment this case is **DISMISSED**.

KINIKIA ESSIX
CLERK OF COURT
By:  /s/A. Chubb_____
Deputy Clerk

APPROVED:

s/F. Kay Behm
F. Kay Behm
United States District Judge

Date:  June 6, 2024
          Flint, Michigan

1